IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

    Plaintiff,       CV F 06 0452 OWW WMW   P

vs.       ORDER

DIVISION OF MANKIND, et al.,

    Defendants.

    On November 21, 2006, an order was entered, dismissing the complaint in this action and granting Plaintiff leave to file an amended complaint. On December 11, 2006, Plaintiff filed a document titled as objections to findings and recommendations.

    In his objections, Plaintiff recounts the various difficulties he is having in prosecuting this action. Plaintiff contends that the law library is inadequate, and he does not have the benefit of counsel. Plaintiff requests the court to "consider an early settlement on the claims he has already brought before the court."

    In the November 21, 2006, order, the court advised Plaintiff of the deficiencies of the complaint. Specifically, Plaintiff failed allege specific facts that linked the individual defendants with specific conduct that deprived Plaintiff of a protected interest. The complaint did not fail for lack of legal analysis or research. Because Plaintiff has failed to charge the individual defendants with conduct that constitutes a violation of the Civil Rights Act, the

complaint was dismissed.  In order for this action to proceed, Plaintiff must file an amended complaint that cures the defects in the original complaint.  The court will provide Plaintiff with an extension of time in which to file an amended complaint.

As to Plaintiff's contention that he lacks counsel, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).   In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C.  § 1915(d).  <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Any request for the appointment of counsel is denied.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of November 21,2006.  Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   January 8, 2007**              **/s/  William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE