UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:06-CV-00452-OWW-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | |
| DIVISION OF MANKIND UNITED, et al., | ) ) | (Docs. 17, 18) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 12, 2007 and March 2, 2007, plaintiff filed a motion for extension of time to amend his complaint, pursuant to the court's order of January 8, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   March 20, 2007**             **/s/  William M. Wunderlich**
j14hj0                                  UNITED STATES MAGISTRATE JUDGE