IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JAMES E. SMITH,**

      **Plaintiff,**         **CV F 06 0452 OWW WMW P**

  **vs.**               **FINDING AND RECOMMENDATION RE MOTIONS FOR INJUNCTIVE RELIEF (DOCS 11, 16)**

**DIVISION OF MANKIND UNITED, et al.,**

      **Defendants.**

**Plaintiff has filed motions for injunctive relief. Plaintiff's motions consist of vague allegations of conduct related to this lawsuit. The operative pleading in this case has been dismissed, and Plaintiff has failed to file an amended complaint. Any request for injunctive relief is premature. Further, the requests refer to conduct not alleged in the complaint.**

**Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied.**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to

1 Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
2 objections within the specified time waives all objections to the judge's findings of fact. See
3 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
5 F.2d 1153 (9th Cir. 1991).

9 IT IS SO ORDERED.

10 **Dated:    August 2, 2007**            /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE