IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>DIVISION OF MANKIND UNITED, et al.,<br><br>            Defendants.<br>_____/ | 1:06-cv-00452 OWW WMW (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #24) |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 22, 2007,  plaintiff filed a motion to extend time to file objections to Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:    September 5, 2007**           **/s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE