IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH

    Plaintiff,                      CV F 06 0452 OWW WMW P

  vs.                              ORDER RE MOTIONS (DOC 11, 12)

DIVISION OF MANKIND UNITED, et al.,

    Defendants.

    Plaintiff has filed a motion for injunctive relief and a motion for judgment on the pleadings. Subsequent to Plaintiff's motion, the Court dismissed the operative pleading, granting Plaintiff leave to file an amended complaint. To date, an amended complaint has not been filed. Because there is no operative pleading, Plaintiff's motion for judgment on the pleadings and motion for injunctive relief are premature.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for judgment on the pleadings and motion for injunctive relief are denied.

Dated: __September 27, 2007_____        /s/ OLIVER W. WANGER_____
                                                OLIVER W. WANGER
                                                United States District Judge